UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, | No. 2:18-cv-02799-CKD-P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF OPS OF CDCR, | |
| Defendant. | |

    Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    On October 18, 2019, plaintiff filed the instant complaint. ECF No. 1. At that time, plaintiff neither filed an application to proceed in forma pauperis, nor did he pay the filing fee. A review of records from this court reveals that, while incarcerated, and before this action was filed, plaintiff was found to have "struck out" pursuant to 28 U.S.C. § 1915(g) in Fisher v. CDCR, 2:14-cv-01323-TLN-EFB, and Barger AKA Fisher v. Kern County, 1:14-cv-01071-DLB. The judgments in both of those cases were final before plaintiff initiated the instant action.

    A prisoner who has been found to have "struck out" may still be permitted to proceed in forma pauperis if the prisoner alleges in his complaint that he or she is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); see also Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). While a portion of plaintiff's complaint alleges that a cell mate at

1

California State Prison in Sacramento tried to kill him on an unknown date, by the time that plaintiff filed the complaint he was housed at the California Health Care Facility in Stockton. These facts do not suggest that plaintiff is in imminent danger of serious physical injury. <u>See</u> <u>Andrews</u>, 493 F.3d at 1053, 1056 (requiring that prisoner allege "an ongoing danger" to satisfy the imminency requirement). Therefore, plaintiff has failed to demonstrate that he is eligible to proceed in forma pauperis and must submit the appropriate filing fee in order to continue this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within fourteen days will result in a recommendation that this action be dismissed.

Dated: May 17, 2019

*[signature]*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/fish2799.payfees.docx

2