UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>  Defendant. | No. 2:18-cv-02799-CKD P<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

By an order filed May 17, 2019, plaintiff was ordered pay the filing fee within fourteen days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The fourteen day period has now expired, and plaintiff has not paid the fees or responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/fish2799.fifp.docx